IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:22CR00316-JD |
| | ) | |
| v. | ) | |
| | ) | |
| **ABDULRAHAM AHMED AL AQLAN** | ) | |

**MOTION TO DETERMINE COMMITMENT PURSUANT
TO TITLE 18, UNITED STATES CODE, SECTIONS 4241 and 4247**

On May 25, 2022, the court issued an order in Mr. Aqlan's case for a Psychiatric Examination under the provisions of Title 18, United States Code, Section 4241 and 4242 to determine Mr. Aqlan's competency to assist in his own defense and his mental state at the time of the offense.

On August 3, 2022, a psychologist at the Butner Federal Correctional Institution in Butner, North Carolina, issued a report finding that Mr. Aqlan was not currently competent to assist in his own defense. The report was provided to the Court on August 18, 2022. The report also found that currently a determination could not be made as to Mr. Aqlan's mental state at the time of the alleged offense.

However, the report indicated that with treatment, to include full medication compliance on an appropriate regime, Mr. Aqlan may be restored to competence. The report recommended treatment under Title 18, United States Code, Section 4241(d). The report indicated that with Mr. Aqlan's current medical condition an assessment of his mental condition at the time of the offense could not be determined at this time. The report recommended that an opinion concerning Mr. Aqlan's sanity be sought at such time as his competency may be restored.

Counsel for the defendant moves, with the consent of the Government, for the Court to issue an order for a restoration period with the limitations set forth in the proposed order and to issue such reports and opinions to comply with the order and issue an opinion under Title 18, United States Code, Section 4242, as to Mr. Aqlan's sanity at the time of the offense.

        Respectfully submitted,

        /s/ KATHY P. ELMORE,
        Assistant Federal Public Defender
        c/o McMillan Federal Building
        401 W. Evans Street, Suite 105
        Florence, South Carolina 29501
        Telephone: (843) 662-1510
        **Attorney ID #6593**

September 9, 2022

Florence, South Carolina